# ROBERT P. BRADY AGENCY, INC.

*Insurance & Bonding*

---

487 NEW YORK AVENUE    •    P.O. BOX 585
HUNTINGTON, NEW YORK 11743
631-673-0500    FAX 631-423-0956

Mark Cuthbertson, Esq. As Receiver
ITMO Oskavage vs. Mergenthaler
~~434~~ 420 New York Avenue
Huntington, NY 11743

**DATE:** 4/22/15

**№ 07750**

| DATE ISSUED | TO EXPIRE | COMPANY AND POLICY NUMBER | COVERAGE - AMOUNT OR LIMITS | PREMIUM |
|---|---|---|---|---|
| 6/12/15 | 6/12/16 | Western Surety Company | Receiver's Bond in the amount of: $1,850,000<br>Obligee: Supreme Court-Suffolk Cty | |
| | | | Premium: | $9,250.00 |

**PREMIUM IS DUE UPON DELIVERY OR DATE OF POLICY**
**PLEASE REFER TO INVOICE NUMBER ON YOUR CHECK**